```
ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JING DENG,<br><br>          Plaintiff,<br><br>     v.<br><br>ALEJANDRO MAYORKAS, Secretary,<br>U.S. Department of Homeland Security, *et al.*,<br><br>          Defendants. | C 5:24-cv-02084 NC<br><br>**STIPULATION TO STAY PROCEEDINGS; ORDER** |

The parties, through their attorneys, hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until December 26, 2024. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

1.      Plaintiff filed this mandamus action seeking adjudication on her Form I-589, Application for Asylum and Withholding of Removal. United States Citizenship and Immigration Services ("USCIS") scheduled an interview for August 27, 2024. USCIS will work diligently towards completing adjudication of the I-589 application, absent the need for further adjudicative action or unforeseen circumstances that would require additional time for adjudication.

2.      Plaintiff agrees to submit all supplemental documents and evidence to USCIS seven to

Stipulation to Stay Proceedings
C 5:24-cv-02084 NC                                                1

1  ten days prior to the agreed upon scheduled interview. Plaintiff recognizes that failure to submit these
2  documents seven to ten days prior to the interview may result in the interview being rescheduled at no
3  fault of USCIS.

4     3.    If needed by Plaintiff or their dependent(s), Plaintiff shall bring their own interpreter to
5  their asylum interview. *See* https://www.uscis.gov/newsroom/alerts/affirmative-asylum-applicants-must-
6  provide-interpreters-starting-sept-13.  Plaintiff recognizes that failure to bring an interpreter to their
7  interview may result in the interview being rescheduled at no fault of USCIS.

8     4.    Upon receipt of the Asylum Office's decision, Plaintiff agrees to voluntarily dismiss the
9  case.

10    5.    The parties agree to bear their own litigation costs and attorney fees.

11  Accordingly, the parties stipulate and request that the proceedings in this case be stayed until
12 December 26, 2024, at which time the parties will file a joint status report with the Court.  At that time,
13 the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if
14 appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this
15 case will benefit the parties and conserve the Court's resources while the parties pursue a potential
16 administrative resolution. In accordance with Civil Local Rule 5-1(i)(3), the filer of this document
17 attests that all signatories listed herein concur in the filing of this document.

18 Dated:  July 24, 2024                    Respectfully submitted,

19                                          ISMAIL J. RAMSEY
                                            United States Attorney

21                                           */s/ Elizabeth D. Kurlan*
                                            ELIZABETH D. KURLAN
22                                          Assistant United States Attorney
                                            Attorneys for Defendants

Dated: July 24, 2024

/s/ David W. Ewing
DAVID W. EWING
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  July 25, 2024

NATHANAEL M. COUSINS
United States Magistrate Judge



GRANTED
Judge Nathanael M. Cousins

Stipulation to Stay Proceedings
C 5:24-cv-02084 NC                                3